IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 14-51427 |
| | § | |
| | § | |
| BETO'S COLLISION, INC. | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 PROCEEDING |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION

Pursuant to Bankruptcy Rules 9010, 9007 and 2002, DEAN W. GREER, enters his appearance on behalf of the Debtor by and through the undersigned attorney and requests that it receive notice of all meetings, hearings, motions, applications, pleadings, complaints, memoranda, briefs or trials which are brought before the Court in this case. Notices should be sent to:

DEAN W. GREER
2929 Mossrock, Suite 117
San Antonio, Texas 78230
(210) 342-7100 Telephone
(210) 342-3633 Telecopier

Respectfully submitted,

_____/s/ Dean W. Greer_____
DEAN W. GREER
Attorney for Humberto Ramirez
2929 Mossrock, Suite 117
San Antonio, Texas 78230
(210) 342-7100
(210) 342-3633 - Telecopier
State Bar No. 08414100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance has been mailed by First Class Mail, Postage Pre-Paid to the parties listed below and all creditors and parties in interest listed on the attached hereto exhibit "A"on this 16th day of July, 2014.

BETO'S COLLISION
10219 CULEBRA ROAD
SAN ANTONIO, TX 78251
DEBTOR

WILLIAM R. DAVIS, JR.
LANGLEY & BANACK, INC.
745 E. MULBERRY, SUITE 900
SAN ANTONIO, TX 78212
COUNSEL FOR DEBTOR

U.S. TRUSTEE
P. O. BOX 1539
SAN ANTONIO, TX 78295-1539
U.S. TRUSTEE

_____/s/ Dean W. Greer_____
DEAN W. GREER

Label Matrix for local noticing
0542-5
Case 14-51427-rbk
Western District of Texas
San Antonio
Tue Jul 15 16:21:09 CDT 2014

Beto's Collision, Inc.
10219 Culebra Rd.
San Antonio, TX 78251-3601

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Akzo Nobel Coatings, Inc.
c/o Penny K. Habbeshaw
Habbeshaw Kalmans, PC
9901 IH 10 West, #460
San Antonio, TX 78230-2366

Barnett & Garcia
3821 Juniper Trace, Suite 108
Austin, TX 78738-5514

Bexar County
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX  78283-3950

CCC Information Services
P.O. Box 59838
Schaumburg, IL 60159-0838

CIT Technology Financing
10865 Grandview Dr., #2000
Overland Park, KS 66210-1503

Car-O-Liner Southwest
2801 Singleton St.
Rowlett, TX 75088-4987

Citizens State Bank
c/o D. Wade Hayden
7750 Broadway
San Antonio, TX 78209-3244

Citizens State Bank
c/o D. Wade Hayden
7750 Broadway
San Antonio, Texas 78209-3244

Clear Channel Outdoor, Inc.
P.O. Box 1389
Kenner, LA 70063-1389

Compass Bank
P.O. Box 10566
Arlington, TX 35296

Compass Bank
P.O. Box 10566
Birmingham, AL 35296-0001

Compass Bank (Unsecured)
P.O. Box 201347
Arlington, TX 76006-1347

Compass Bank, NA
PI Holdings No. 1, Inc.
J Scott Rose
Jackson Walker LLP
112 E Pecan Street, Suite 2400
San Antonio, Texas 78205-1510

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX  78711-2548

Crash Parts of Texas, Ltd.
c/o Schmdit and Davis, PC
14350 Northbrook Dr., #245
San Antonio, TX 78232-5062

David G. Aelvoet
Heard, Linebarger, Graham, Goggan, Blair
Pena & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Dragon Fire Systems
128 W. Zipp Rd.
New Braunfels, TX 78130-9046

Enterprise Rent-a-Car
10219 Culebra Rd.
San Antonio, TX 78251-3601

Gladwin Paint Co.
c/o Layla Maus
2000 Broadway
San Antonio, TX 78215-1100

Gladwin Paint Company
c/o Elliott S. Cappuccio
2161 NW Military Hwy., Suite 400
San Antonio, TX 78213-1844

Global E Telecom, Inc.
4000 Executive Park, #300
Cincinnati, OH  45241-4007

HB Collision Center, LLC
1714 Greystone Ridge
San Antonio, TX 78258-4506

Humberto &  Rosa Ramirez
707 Andtree
San Antonio, TX  78250

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

J. Scott Rose
Jackson Walker LLP
112 E. Pecan St., Suite 2400
San Antonio, TX 78205-1510

Jason A. Starks
Asst. Attorney's General
P.O. Box 12548
Austin, TX 78711-2548


EXHIBIT A

Jason Starks
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, Texas 78711 2548

Klingspor
P.O. Box 565
Morrisville, NC 27560-0565

Leigh Levy
Pulman, Cappuccio, Pullen, et al
2161 NW Military Hwy., Suite 400
San Antonio, TX 78213-1844

M&M Motors
10219 Culebra Rd.
San Antonio, TX 78251-3601

Mitchell International
800 Broadway
San Antonio, TX 78215-1517

North Park Mazda
9333 San Pedro Ave.
San Antonio, TX 78216-4425

North Star Dodge
7242 San Pedro
San Antonio, TX 78216-6204

Palau Electric, Inc.
c/o Gregory J. Van Cleave
1520 W. Hildebrand
San Antonio, TX 78201-4135

Park Auto Parts
10642 Aldine Westfield
Houston, TX 77093-4135

Rodney L. Hubbard
Blanscet Hooper & Hale, LLP
14285 Midway Rd., Suite 400
Addison, TX 75001-3680

Roger Beasley Auto Group
4506 S. IH 35
Austin, TX 78745-2025

TBF Financial, LLC
c/o Phillip C. Vitek
P.O. Box 11555
Austin, TX 78711-1555

Texas Mutual Insurance Co.
c/o Bryan Jones, Attorney
6210 East Highway 290
Austin, TX 78723-1026

Texas Workforce Commission
Regulatory Integrity Division - SAU
101 East 15th St., Room 556
Austin, TX  78778-0001

Tx Tow Corp.
P.O. Box 830388
San Antonio, TX 78283-0388

U.S. Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216-5512

U.S. Attorney General of
Main Justice Bldg., #5111
10th & Constitutional Ave., NW
Washington, DC 20530-0001

U.S. Trustee
615 E. Houston Street, Room 533
San Antonio, TX 78205-2055

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

West Loop Mitsubishi
7007 NW Loop 410
San Antonio, TX 78238-4115

Wurth USA
P.O. Box 1006
Old Bridge, NJ  08857-1006

William R. Davis Jr
Langley & Banack, Inc
745 E Mulberry Ave, Suite 900
San Antonio, TX 78212-3141

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Compass Bank
P.O. Box 10566
Birmingham, AL 35296-0001

(d)Gladwin Paint Company
c/o Layla Maus
2000 Broadway
San Antonio, TX 78215-1100

(d)Humberto & Rosa Ramirez
707 Andtree
San Antonio, TX  78250